**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JANEEN A. CHINN, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 2824 |
| | ) | Judge David H. Coar |
| vs. | ) ) | Magistrate Judge Martin C. Ashman |
| ELITE RECOVERY SERVICES, INC. | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

     **PLEASE TAKE NOTICE** that on Wednesday, June 18, 2008 at 9:00 a.m., we will appear before the Honorable Judge David H. Coar in Room 1419 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present the following: **PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**.

                                                       s/ Daniel A. Edelman
                                                       Daniel A. Edelman


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

    I, Daniel A. Edelman, hereby certify that on June 10, 2008, the foregoing document was filed electronically using the Court's CM/ECF system.  A copy of the foregoing document was served on the following via Certified Mail:

ELITE RECOVERY SERVICES, INC.
c/o Lexis Document Solutions, Inc., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL  62703

                s/ Daniel A. Edelman
                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)