**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Janeen A. Chinn
                      Plaintiff,

v.                                        Case No.: 1:08−cv−02824
                                                     Honorable David H. Coar

Elite Recovery Services, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

        MINUTE entry before the Honorable David H. Coar:Motion to certify class [10] is entered and continued to 6/30/2008 at 9:00 a.m. Motion Hearing set for 6/30/2008 at 09:00 AM. Parties need not appear on the noticed motion date of 6/18/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.