UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Janeen A. Chinn
                                Plaintiff,

v.                                                                        Case No.: 1:08−cv−02824
                                                                        Honorable David H. Coar

Elite Recovery Services, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable David H. Coar:Defendant's Motion for extension of time to answer or plead [15] is granted. Defendant to answer or plead on or before 7/23/2008. The date of 6/30/08 for the motion to certify class [10]is stricken. Motion Hearing reset for 7/8/2008 at 09:00 A.M. as to #10. Parties need not appear on 6/30/2008. Mialed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.