**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Janeen A. Chinn
         Plaintiff,

v.                 Case No.: 1:08−cv−02824
                Honorable David H. Coar

Elite Recovery Services, Inc.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

  MINUTE entry before the Honorable David H. Coar: Motion hearing held on 7/8/2008 regarding motion to certify class [10]. Set deadlines as to motion to certify class [10] : Responses due by 10/9/2008, Replies due by 10/30/2008. PRELIMINARY MOTION by Plaintiff Janeen A. Chinn for class certification [10] is taken under advisement − ruling to issue by mail. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.