## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JANEEN A. CHINN,

Plaintiff,

v.

ELITE RECOVERY SERVICES, INC.,

Defendants.

Case No.: 08 CV 2824

Judge Coar

Magistrate Judge Ashman

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **27th** day of **August 2008** at **9:00 a.m.,** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Coar, or any judge sitting in his/her stead in Courtroom 1419 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Rule 12(B)(6),** a copy of which is hereby served upon you.

Respectfully submitted,


By:____ s/Todd P. Stelter_____


Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6333774v1  7791

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JANEEN A. CHINN,

Plaintiff,

v.

ELITE RECOVERY SERVICES, INC.,

Defendants.

Case No.: 08 CV 2824

Judge Coar

Magistrate Judge Ashman

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By:_____ s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6333774v1 7791