# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Janeen A. Chinn

                        Plaintiff,

v.                                           Case No.: 1:08−cv−02824
                                                                 Honorable David H. Coar

Elite Recovery Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable David H. Coar: Briefing schedule as to motion by defendant, Elite Recovery Services, Inc. to dismiss plaintiff's first amended complaint is set as follows: Response due by 9/9/2008; reply due 9/23/2008.Motion to dismiss [25] is taken under advisement. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.